```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIKSHYA SUBEDI,

                     Plaintiff,

-v.-

MONTREIGN OPERATING COMPANY LLC et al.,

                     Defendants.

---

24 Civ. 9284 (JHR)

ORDER OF DISMISSAL

JENNIFER H. REARDEN, District Judge:

    The Court, having been advised at ECF No. 13 that the parties have reached a settlement and intend to file a stipulation of dismissal, hereby ORDERS that the above-entitled action be and is hereby DISMISSED and discontinued without costs. **Within 30 days** of the date of this Order, if the settlement is not consummated, the parties may apply to reopen the action.

    To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis. **Further, requests to extend the deadline to reopen are unlikely to be granted.**

    If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Pursuant to Paragraph 6.C of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

    Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to CLOSE the case.

    SO ORDERED.

Dated: April 10, 2025
       New York, New York

                                          *Jennifer H. Rearden*
                                          JENNIFER H. REARDEN
                                          United States District Judge